NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPTIMUMPATH, LLC,**
*Plaintiff-Appellant,*

**v.**

**BELKIN INTERNATIONAL INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC., and NETGEAR, INC.,**
*Defendant-Appellees.*

---

2011-1458

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-1398, Judge Claudia Wilken.

---

**JUDGMENT**

---

ROBERT L. REIBOLD, Walker Reibold, LLC, of Columbia, South Carolina, argued for plaintiff-appellant.

VICTORIA F. MAROULIS, Quinn Emanuel Urquhart & Sullivan, LLP, of Redwood Shores, California, argued for defendants-appellees. With her on the brief were TODD M. BRIGGS; and CHARLES K. VERHOEVEN and CARL G. ANDERSON, of San Francisco, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* SCHALL and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 7, 2012         /s/ Jan Horbaly
Date               Jan Horbaly
                  Clerk